*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered: August 13, 2015                    520166
_____

In the Matter of ELQUIADES
    MORALES,
                    Petitioner,

        v                               MEMORANDUM AND JUDGMENT

COMMISSIONER OF THE NEW YORK
    STATE DEPARTMENT OF
    CORRECTIONS AND COMMUNITY
    SUPERVISION,
                    Respondent.
_____

Calendar Date:   June 8, 2015

Before:   Peters, P.J., Egan Jr., Rose and Devine, JJ.

_____

        Elquiades Morales, Pine City, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

_____

        Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating a prison disciplinary rule.

        Determination confirmed.  No opinion.

        Peters, P.J., Egan Jr., Rose and Devine, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

Robert D. Mayberger
Clerk of the Court